**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NAENA TRIPP,

      Plaintiff,

vs.                                    CASE NO.: 8:24-cv-02010-TPB-UAM

HOLIDAY CVS, LLC, and
UNKNOWN STORE MANAGER,

      Defendants.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART HOLIDAY CVS, LLC'S MOTION IN LIMINE RE MEDICARE AND LETTERS OF PROTECTION**

This cause is before the Court on "Defendant Holiday CVS, LLC's Motion in Limine re Medicare and Letters of Protection with Incorporated Memorandum of Law" (Doc. 50). Plaintiff Naena Tripp filed a response in opposition on January 16, 2026. (Doc. 56). Based on the motion, response, argument of counsel at the April 13, 2026, pretrial conference (Doc. 62), the court file, and the record, it is hereby

**ORDERED, ADJUDGED**, and **DECREED**:

1.     "Defendant Holiday CVS, LLC's Motion in Limine re Medicare and Letters of Protection with Incorporated Memorandum of Law" (Doc. 50) is **GRANTED IN PART** and **DENIED IN PART** as set forth herein.

2.     Evidence offered to prove the amount of Plaintiff's damages for the reasonable and necessary cost or value of medical services, the charges for which have been satisfied, will

Page 1 of 3

be limited to evidence of the amounts actually paid, regardless of the source of payment. § 768.0427(2)(a), *F.S.*

2.    Because Plaintiff had health care coverage through Medicare for all times material to this lawsuit, Plaintiff's damages for the reasonable and necessary cost or value of medical care rendered, charges for which are due and owing at the time of trial, may not exceed 120 percent of the Medicare reimbursement rate in effect on the date of Plaintiff's incurred medical treatment or services, or, if there is no applicable Medicare rate for a service, 170 percent of the applicable state Medicaid rate. *See* §§ 768.0427(2)(b)(3), 768.0427(4), *F.S.*

3.    Because Plaintiff had health care coverage through Medicare for all times material to this lawsuit, Plaintiff's damages for the reasonable and necessary cost or value of medical treatment or services Plaintiff will receive in the future may not exceed 120 percent of the Medicare reimbursement rate in effect at the time of trial for the medical treatment or services the claimant will receive, or, if there is no applicable Medicare rate for a service, 170 percent of the applicable state Medicaid rate. *See* §§ 768.0427(2)(c)(2), 768.0427(4), *F.S.*

4.    Defendant's motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 5th day of May, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties